IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ISAAC COLEMAN, JR., #10766-042                                    PETITIONER

VS.                                    CIVIL ACTION NO.  5:05cv207DCB-MTP

CONSTANCE REESE, Warden                                    RESPONDENT

JUDGMENT

This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after

a full review of the record, having adopted said Report and Recommendation as the finding of

this Court by Order dated this day, finds that  Isaac Coleman Jr.'s  Petition for Writ of Habeas

Corpus [1] should be dismissed with prejudice for lack of jurisdiction.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Isaac Coleman Jr.'s  Petition

for Writ of Habeas Corpus [1]  is hereby, dismissed with prejudice.

SO ORDERED this the ____25th____ day of ____August_____ , 2008.


 s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE